UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA LIM HOO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SETON MEDICAL CENTER,<br><br>　　　　Defendant. | Case No:  C 13-4607 SBA<br><br>**ORDER** |

　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than sixty (60) days from the date this Order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

　　　IT IS SO ORDERED.

Dated:  1/8/2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge